# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MICHELLE KAUFMAN,<br><br>        Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA DISABILITY MANAGEMENT SERVICES,<br><br>        Defendant. | Case No.: 3:20-cv-00015-JRW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Michelle Kaufman, and Defendant, The Prudential Insurance Company of America (incorrectly named "Prudential Insurance Company of America Disability Management Services"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

Date: June 17, 2020

*s/Robert A. Florio (with permission)*
Robert A. Florio
1500 Story Avenue
Louisville, KY 40206
502-295-7930
raflorioatty@hotmail.com

*Attorney for Plaintiff, Michelle Kaufman*

Date: June 17, 2020

*s/ Matthew A. Clabots*
Matthew A. Clabots (*pro hac vice*)
mclabots@seyfarth.com
Ian H. Morrison (*pro hac vice*)
imorrison@seyfarth.com
Seyfarth Shaw LLP
233 Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: 312-460-5000
Facsimile: 312-460-7000

2

Buddy J. VanCleave
Buddy.vancleave@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
Telephone: 502-423-6390
Fax: 502-423-6391

*Attorneys for Defendant, The Prudential Insurance Company of America*

2

## **CERTIFICATE OF SERVICE**

   I do hereby certify that on June 17, 2020, I electronically filed the foregoing using the Court's CM/ECF method, which will send notification to the following:

Robert A. Florio
1500 Story Avenue
Louisville, KY 40206
502-295-7930
raflorioatty@hotmail.com

*Attorney for Plaintiff*

              */s/ Matthew A. Clabots*
              Matthew A. Clabots